**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6336**

———————

GLENN CALVIN LAWHORN, JR.,

                                        Plaintiff - Appellant,

        versus

RUFUS R. FLEMING, Warden,

                                        Defendant - Appellee,

        and

NOTTOWAY CORRECTIONAL CENTER,

                                        Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-95-691)

———————

Submitted:  May 16, 1996                Decided:  June 6, 1996

———————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Glenn Calvin Lawhorn, Jr., Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lawhorn v. Fleming, No. CA-95-691 (E.D. Va. Feb. 16, 1996). We deny Appellant's motions to appoint counsel and to file an amended complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED